## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARCUS LLOYD,                  :   No. 154 EM 2015

           Petitioner

           v.

SETH WILLIAMS,

           Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2016, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.